14th Court of Appeals

Re: Edward R. Newsome T.D.C # 437678

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
MAY 27 2015
CHRISTOPHER A. PRINE
CLERK

Case # 14-12-09178-cv

Trial case # 2005061G

## Amended Notice of Appeal in Rule 26.1(c) And Rule 30 Restricted Appeal to Court of Appeals in Civil Cases

To The Honorable Judge of Said Court: Local Rules (1)And (6)

The Appellant Edward R. Newsome Argue and Request for Permission to File this Amended Notice of Appeal and Restricted Appeal to Court of Appeal. See Rule 26.1(c), Rule 25.1(d) and Rule 30. See Motion to File for A STAY, Motion to Extend time For Reconsideration in Rule 10.5(b) and Motion For Rehearing And Motion For Summary Judgment to Reverse and Remand, when A party who did not Participate either in Person or through Counsel in the Hearing that Resulted in the Judgment Complained of and who did Not timely File Post Judgment Motion or Request for Finding of Fact and Conclusion of Law, or File A Notice of Appeal within the time Permitted By Rule 26.1(a), May File A Notice of Appeal within the time Permitted By Rule 26.1(c). Restricted Appeals Replace Writ of Error to Court of Appeals. Statutes Pertaining to Writ of Error Appeals to the Court of Appeals Apply equally to Restricted Appeals. on Request to Amend Affidavit Seeking Citation By Publication For Finding of Facts and Conclusion of law Filed on 5-13-15, Against Post answer Default Judgment Filed on 5-11-15 to Reconsidered Motion to Retained Filed on 5-15-2015.

-1-

For disposition. Related to merits on All other claims. A Bill of Review is an independent action to set aside a Judgment that is no longer Appealable or Subject to challenge by a Motion for a New Trial See Wembley Inv. Co. vs Herrera 11 S.W. 3d 924, 926 And 927 (Tex. 1999) when the Appellant has a meritorious defense to my claim Alleged to Support the Judgment was Prevented from making that defense because of the fraud accident, or wrongful act of the Opposing Party or because of an official mistake And was not at fault or Negligent See Id. Caldwell vs. Barnes 975 S.W. 2d 535, 537 (Tex. 1998). This Bill of Review is Available, because I have exercise due diligence in Pursuing All Available legal Remedies Against A former Judgment see McIntyre vs Wilson 50 S.W. 3d 674, 679 Tex. App. Dall. 2001 Pet. denied And Judgment Req-335 (1) and (2) on Request for Relief, on Request for an en Banc. Reconsideration under Rule 49.7.

3-18-2015
Date

Edward R. Newsome
Appellant Signature

<u>Certificate of Service Rule 9.5</u>

The Appellant Edward R. Newsome verify the Statement made in this Amended Affidavit of inability to Pay court costs And Initial filing fees without Prepayment of fees to file Amended Notice of Appeal in Rule 26.1 (c) And Rule 30 Restricted Appeals in civil cases is True and Correct under the Penalty of Perjury see 28 U.S.C # 1746 for Purpose of Mailbox Rule 4 (c)1, 2, 3 (d) for the Original And Copies of Records in Rule 9.3(a), Rule 34.1, Rule 34. 5 (a) 1-12, Rule 34.5 (b)(3)(c), Rule 35.1(c) Rule 35.3 (b)(3) and Rule 37.3 (a) for Service local Rules (2)(c) and Benefits.

5-18-2015
Date

Edward R. Newsome
Appellant Signature